**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EDER CHIMBO PALACIOS,<br><br>Petitioner,<br><br>v.<br><br>JAMAL L. JAMISON, et al.,<br><br>Respondents. | CIVIL ACTION<br>NO. 26-5271 |

**ORDER**

**AND NOW**, this 17th day of September 2026, upon receipt of the notification that Petitioner was given a bond hearing (Doc. No. 5), it is **ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.